OPINION — AG — ** COMPUTER RECORDS — PRESERVATION OF ESSENTIAL RECORDS ACT — ARCHIVES ** RECORDS CREATED OR MAINTAINED, OR BOTH, IN ELECTRONIC FORMAT 'ARE' SUBJECT TO THE PROVISIONS OF THE " PRESERVATION OF ESSENTIAL RECORDS ACT ", 67 O.S. 151 [67-151] ET SEQ., THE " RECORDS MANAGEMENT ACT ", 67 O.S. 201 [67-201] ET SEQ., AND THE " ARCHIVES AND RECORDS COMMISSION ", 74 O.S. 564 [74-564] ET SEQ. (DATA PROCESSING, RECORDS, RETENTION, PUBLIC RECORDS, ARCHIVES, CIVIL PROCEDURE, STATE AGENCIES, STATE RECORDS) CITE: 74 O.S. 564 [74-564], 67 O.S. 201 [67-201], 67 O.S. 153 [67-153] [67-153](B), 67 O.S. 151 [67-151], 12 O.S. 3005 [12-3005] [12-3005], 12 O.S. 3001 [12-3001], 12 O.S. 522 [12-522] [12-522] (BETTY ELROD HUNTER)